**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

KEVIN MARTIN,

                Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

------------------------------------- x

ORDER

19 Civ. 5430 (GBD)(OTW)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to update Plaintiff's address and to provide Plaintiff with this Order and any other documents filed on ECF, including ECF Nos. 28 and 29, he has not received due to the error in the listed address.

    Plaintiff's address is:

> 21 Eastman Place
> Apartment 1E
> Yonkers, New York

Dated: New York, New York
       April 21, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge