**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEVIN MARTIN,

                Plaintiff,                      19 **CIVIL** 5430 (GBD)(OTW)

      -against-                      **JUDGMENT**

COMMISIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2022, the Court adopts the Report & Recommendation to the extent it dismisses the Complaint. The Commissioner's motion to dismiss is GRANTED. The Complaint, however, is dismissed pursuant to Rule 12(b)(6) and not Rule 12(b)(l); accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                                **RUBY J. KRAJICK**

                                                    Clerk of Court
                             **BY:**

                                                       **Deputy Clerk**